The State offered no evidence in support of the judgments.

■ We have concluded that the relator has shown a failure to comply with the terms of Article 10a.

In Thompson v. State, 154 Tex.Cr.R. 273, 226 S.W.2d 872, we said:

"The record fails to show the consent in writing of the attorney for the State to the waiver of a jury as required by Art. 10a, Vernon's Ann. C.C.P. The filing of such written consent is a prerequisite to a trial · without a jury in a felony case."

■ In Ex parte Dooley, 157 Tex.Cr.R. 57, 246 S.W.2d 631, we held that the requirements of Article 10a, V.A.C.C.P., were mandatory and requisite to a valid judgment upon a plea of guilty before the court in an ordinary felony case.

The writ of habeas corpus is granted, and relator is ordered delivered to the Sheriff of Jefferson County to await the further orders of the Criminal District Court of Jefferson County in Causes Nos. 18,436 and 18,440. The record before us reflects that relator has served the sentence in Cause No. 18,437.

George HALE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27786.

Court of Criminal Appeals of Texas.

Nov. 9, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is carrying a pistol; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.